## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**BRANDON MCGEE**                                                          **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO. 5:11-cv-80-DCB-JMR**

**WILLBROS CONSTRUCTION, US,**
**LLC D/B/A WILLBROS RPI, INC.,**
**WILLBROS USA, INC., WILLBROS**
**GROUP, INC. SOUTHEAST SUPPLY**
**HEADER, LLC, CENTERPOINT ENERGY,**
**INC., SPECTRA ENERGY, INC., SPECTRA**
**ENERGY, INC., D/B/A SPECTRA**
**ENERGY TRANSMISSION, L.D.**
**AINSWORTH, DENNIS MILLER,**
**MICHAEL HERRING AND JOHN DOES 2 – 20**          **DEFENDANTS**

---

### ORDER GRANTING JOINT MOTION FOR ENTRY OF FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE OF SPECTRA ENERGY, INC., AND SPECTRA ENERGY, INC., D/B/A SPECTRA ENERGY TRANSMISSION

---

THIS matter having come before the Court on Joint Motion of Plaintiff, and Defendants, Southeast Supply Header, LLC, and CenterPoint Energy, Inc., for the entry of a Final Judgment of Dismissal with Prejudice of Spectra Energy Inc., and Spectra Energy, Inc. d/b/a Spectra Energy Transmission, from this action, and the Court, having considered the Joint Motion finds that it is well taken and should be granted.  The Court further finds that pursuant to Fed. R. Civ. P. 54(b), that there is no just reason for delay and directs that a Final Judgment be entered dismissing Spectra Energy Inc., and Spectra Energy, Inc. d/b/a Spectra Energy Transmission, with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Spectra Energy Inc., and Spectra Energy, Inc. d/b/a Spectra Energy Transmission, are hereby dismissed from this action with prejudice, with each party to bear their own costs.

{01303598}

**SO ORDERED AND ADJUDGED** this the ___2nd___ day of ___February___, 2012.


s/David Bramlette
_____
UNITED STATES DISTRICT COURT JUDGE


**AGREED:**

/s/ *Kathryn L. White*
_____
James D. Shannon (MSB #6731)
Kathryn L. White (MSB #103250)
*Attorneys for Plaintiff*

/s/ *Eugene M. Harlow*
_____
Eugene M. Harlow (MSB #3086)
*Attorney for Plaintiff*

/s/ *Marcus C. Bryant*
_____
James L. Halford (MSB #2111)
Sheldon G. Alston (MSB #9784)
Lane W. Staines (MSB #102941)
Marcus C. Bryant (MSB #103084)
*Attorneys for Defendants Southeast Supply*
*Header, LLC, and CenterPoint Energy, Inc.*