# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | | |
|---|---|---|
| **BRANDON MCGEE,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | **CIV. A. NO.  5:11cv80 DCB/JMR** |
| | ) | |
| **WILLBROS CONSTRUCTION, US,** | ) | |
| **LLC D/B/A WILLBROS RPI, INC.,** | ) | |
| **WILLBROS USA, INC., WILLBROS** | ) | |
| **GROUP, INC., SOUTHEAST SUPPLY** | ) | |
| **HEADER, LLC, CENTERPOINT** | ) | |
| **ENERGY, INC., SPECTRA ENERGY** | ) | |
| **INC., SPECTRA ENERGY, INC.** | ) | |
| **D/B/A  SPECTRA  ENERGY** | ) | |
| **TRANSMISSION, L.D. AINSWORTH,** | ) | |
| **DENNIS MILLER, MICHAEL** | ) | |
| **HERRING AND JOHN DOES 2-20,** | ) | |
| | ) | |
| **Defendants** | ) | |

### AGREED ORDER GRANTING JOINT MOTION FOR ENTRY OF FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE OF WILLBROS GROUP, INC. AND WILLBROS UNITED STATES HOLDINGS, INC.

THIS matter having come before the Court on Joint Motion of Plaintiff and Defendants Willbros Group, Inc. and Willbros United States Holdings, Inc. for the entry of a Final Judgment of Dismissal with Prejudice of Willbros Group, Inc. and Willbros United States Holdings, Inc. from this action, and the Court, having considered the Joint Motion finds that it is well taken and should be granted.

The Court further finds that pursuant to Rule 54(b), that there is no just reason for delay and directs that a Final Judgment be entered dismissing Willbros Group, Inc. and Willbros United States Holdings, Inc. with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that Willbros Group, Inc. and Willbros United States Holdings, Inc. are hereby dismissed from this action with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED this the 16<u>th</u> of <u>February</u>, 2012.

s/David Bramlette
UNITED STATES DISTRICT JUDGE

**AGREED:**

/s/Kathryn L. White
James D. Shannon (MSB #6731)
Kathryn L. White (MSB #

*Attorneys for Plaintiff*

/s/Kyle V. Miller
Robert A. Miller (MB #3305)
Kyle v. Miller (MB #102227)

*Attorneys for Willbros Group, Inc. and
Willbros United States Holdings*

Jackson 7573977v1