IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BRANDON MCGEE                                                                PLAINTIFF

VS.                                            CIVIL ACTION NO. 5:11-C080-DCB-JMR

SOUTHEAST SUPPLY HEADER, LLC,
L.D. AINSWORTH, ENGLOBAL U.S., INC.,
F/K/A ENGLOBAL CONSTRUCTION RESOURCES
INC., D/B/A ENGLOBAL INSPECTION SERVICES
AND JOHN DOES 3-20                                                          DEFENDANTS

## AGREED ORDER OF DISMISSAL

This case comes before the Court on the joint oral motion of the Plaintiff and the Defendant Southeast Supply Header, LLC ("SESH"), for the dismissal without prejudice of Plaintiff's claims against SESH. Having been advised that the parties are in agreement to a dismissal without prejudice of SESH, with each party to bear its own costs, the Court finds that the motion has merit and should be granted. It is, therefore,

ORDERED that the claims asserted by the Plaintiff against SESH in the Complaint are dismissed without prejudice with each party to bear its own costs.

SO ORDERED, this the 25th day of September, 2012.

s/David Bramlette
DISTRICT COURT JUDGE

AGREED:

/s/ James D. Shannon
Attorney for Plaintiff

/s/ R. David Kaufman
Attorney for Southeast Supply Header, LLC